UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                          Plaintiff,                        **MEMORANDUM**

        -against-                                    22-cr-00099-NSR

Bobby Allen,

                         Defendant.
------------------------------------------------------------X

TO:  <u>Hon. Nelson S. Román, United States District Judge:</u>

      Please find attached a transcript of the 3/21/2022 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: March 30, 2022
       White Plains, New York

                                                   Respectfully Submitted,

                                                   s/ Paul E. Davison

                                                   _____
                                                   PAUL E. DAVISON
                                                   United States Magistrate Judge