**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

Southern District

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

Via E-mail and ECF

June 10, 2022

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

> Deft's request to adjourn the in-person Sentencing from June 29, 2022, with an alternate date of July 1, 2022, until July 27, 2022 at 10:00 am is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 29.
> Dated: White Plains, NY
> June 14, 2022
>
> **SO ORDERED:**
> /s/ Nelson S. Román
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re: **United States v. Bobby Allen**
 **22 CR 99 (NSR)**

Dear Honorable Román:

I am writing in regard to Bobby Allen, who pleaded guilty on March 21, 2022 and is scheduled to be sentenced on June 29, 2022, or, alternatively, on July 1, 2022. I am writing to ask that Mr. Allen's sentencing be adjourned for roughly 30-days. This is my first time asking that Mr. Allen's sentencing be delayed and the adjournment is necessary to give me further time to investigate a Guidelines issue and to allow me an opportunity to review the final PSR, which has not yet been disclosed.

I have spoken to AUSA Nicholas Bradley and he does not object to this request.[1]

Thank you for your consideration.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2022

Sincerely,

/s/

Benjamin Gold
Assistant Federal Defender

cc: Nicholas S. Bradley, Assistant U.S. Attorney

---

[1] In terms of scheduling, I ask that the Court avoid August 19th through the 26th